THE PEOPLE OF THE STATE OF NEW YORK ex rel. QUINCY WADE, Appellant, v CHARLES BRUNELLE, as Superintendent of Wende Correctional Facility, Respondent. [718 NYS2d 248] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Ap-

peal from Judgment of Supreme Court, Erie County, Sedita, Jr., J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Balio, JJ.